UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
CHRISTOPHER CARMONA

    -V-

DINEEN RIVIEZZO et al
-----------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 23 2012 ★

BROOKLYN OFFICE

ORDER OF DISMISSAL
FOR FAILURE TO PROSECUTE

CV11-4370 (JBW)

After review of the court's record, it appears that the plaintiff has failed to proceed further with the litigation.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the case is dismissed, without prejudice, for lack of prosecution.

So Ordered:

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 7/18/12